IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MARTIN OWEN,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 2:06-CV-02532-FCD-KJM (PS)<br><br>ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

For good cause shown, defendant Social Security Administration's *ex parte* application for extension of time to respond to plaintiff's complaint, filed November 15, 2006, is hereby APPROVED. Defendant's deadline is extended to December 5, 2006.

IT IS SO ORDERED.

DATED: November 20, 2006.

_____
U.S. MAGISTRATE JUDGE

Order Granting Defendant's *Ex Parte* Application for
Extension of Time to Respond to Complaint