1
2
3
4
5
6
7
8                  IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   STEVEN OWEN,

11          Plaintiff,              No. CIV S-06-2532 FCD KJM PS

12      vs.

13   UNITED STATES OF AMERICA,

14          Defendant.              ORDER

15   _____/

16          This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21).

17   Calendared for hearing on January 17, 2007 is defendants' motion to dismiss.  No opposition to

18   the motion has been filed.

19          Local Rule 78-230(c) provides that opposition to the granting of a motion must be

20   filed fourteen days preceding the noticed hearing date.  The Rule further provides that "[n]o party

21   will be entitled to be heard in opposition to a motion at oral arguments if written opposition to

22   the motion has not been timely filed by that party."  In addition, Local Rule 78-230(j) provides

23   that failure to appear may be deemed withdrawal of opposition to the motion or may result in

24   sanctions.  Finally, Local Rule 11-110 provides that failure to comply with the Local Rules "may

25   be grounds for imposition of any and all sanctions authorized by statute or Rule or within the

26   inherent power of the Court."

Good cause appearing, IT IS HEREBY ORDERED that:

1.  The hearing date of January 7, 2007 is vacated.  Hearing on defendants' motion is continued to February 14, 2007 at 10:00 a.m. in courtroom no. 26.

2.  Plaintiff shall file opposition, if any, to the motion no later than January 31, 2007.  Failure to file opposition and appear at the hearing will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED:  January 4, 2007.

_____
U.S. MAGISTRATE JUDGE

006
owen.nop